UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                                 :
JOSEPH A. LA BARBERA D.C.,          :      15cv6723(DLC)
                                                 :
                 Plaintiff,                :        ORDER OF
                                                 :       DISCONTINUANCE
          -v-                                     :
                                                 :
I CARE FINANCIAL,                       :
                 Defendant.              :
                                                 :
----------------------------------------- X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is

    ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    IT IS FURTHER ORDERED that the November 20 initial pretrial conference is cancelled.

Dated:     New York, New York
            November 18, 2015

                                                _____
                                                          DENISE COTE
                                               United States District Judge

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11/19/2015]*